## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FEELOWS,** on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | )  Case No. 2:25-CV-2267 |
| **KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC;** and **AXIOM FAMILY OF COMPANIES, LLC,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants,** | ) |

## ENTRY OF APPEARANCE

Peter L. Riggs and Kersten L. Holzhueter of the law firm of Spencer Fane LLP, hereby enter their appearance as counsel for Defendants KDR AP, LLC, and KDR Realty, LLC, in the above captioned case.

**SPENCER FANE LLP**

*/s/ Kersten L. Holzhueter*
Kersten L. Holzhueter    KS #24885
Peter L. Riggs,          KS #23523
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)
kholzhueter@spencerfane.com
priggs@spencerfane.com

*Attorneys for Defendants*
*KDR AP, LLC and KDR Realty, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 9th day of June 2025, to all counsel of record,

                                             */s/ Kersten L. Holzhueter*
                                             **Attorney for Defendants**
                                              **KDR AP, LLC and KDR Realty, LLC**