IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FEELOWS,** on behalf of themselves and all others similarly situated, <br><br>   **Plaintiffs,** <br><br> v. <br><br> **KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC;** and **AXIOM FAMILY OF COMPANIES, LLC,** <br><br>   **Defendants,** | Case No. 2:25-CV-2267 |

## CLERK'S EXTENSION OF TIME

Pursuant to D. Kan. Rule 77.2(a)(2), and without waiving any affirmative or other defenses, Defendants KDR AP, LLC, and KDR Realty, LLC, (collectively "KDR Defendants") respectfully request an extension of fourteen days to answer, object, or otherwise respond to Plaintiffs' Complaint (Doc. 1).

KDR Defendants were served on May 21, 2025, and thus, their responses are currently due on June 11, 2025. Therefore, the original time to respond has not yet expired.

IT IS THEREFORE ORDERED that KDR Defendants are granted an additional fourteen days to answer, object or otherwise respond to Plaintiffs' Complaint. KDR Defendants' response deadlines are extended until June 25, 2025.

_s/ K. Carrillo - Deputy Clerk_
**CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**SUBMITTED BY:**

                                        **SPENCER FANE LLP**

                                        */s/ Kersten L. Holzhueter*
                                        Kersten L. Holzhueter,   KS # 24885
                                        Peter L. Riggs,       KS #23523
                                        1000 Walnut Street, Suite 1400
                                      Kansas City, Missouri 64106-2140
                                      (816) 474-8100
                                      (816) 474-3216 (facsimile)
                                      kholzhueter@spencerfane.com
                                      priggs@spencerfane.com

                                      ***Attorneys for Defendants***
                                      ***KDR AP, LLC and KDR Realty, LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 9th day of June 2025, a copy of the foregoing was emailed to the Clerk's Office, with a copy emailed to Plaintiffs' Counsel Bryce B. Bell and Jenilee V. Zentrick, with Bell Law, LLC at the e-mail addresses below:

    Bryce@BellLawKC.com, and
    JZ@BellLawKC.com

                                        */s/ Kersten L. Holzhueter*
                                        ***Attorney for Defendants***
                                        ***KDR AP, LLC and KDR Realty, LLC***