IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FELLOWS,** on behalf of themselves and all others similarly situated,<br><br>        **Plaintiffs,**<br><br>v.<br><br>**KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC;** and **AXIOM FAMILY OF COMPANIES, LLC,**<br><br>        **Defendants,** | Case No. 2:25-CV-02267-EFM-GEB |

## ENTRY OF APPEARANCE

Jonathan P. Kieffer of the law firm of Wagstaff & Cartmell LLP, hereby enters his appearance as counsel for Defendants Axiom Property Management, LLC, Axiom Property Management II, LLC, Axiom Equities, LLC, Axiom-Aspen, LLC, Axiom Equities Investments, LLC, and Axiom Family of Companies, LLC, in the above captioned case.

        **WAGSTAFF & CARTMELL LLP**

        */s/ Jonathan P. Kieffer*
        Jonathan P. Kieffer    KS #18707
        4740 Grand Avenue, Suite 300
        Kansas City, Missouri 64112
        (816) 701-1100
        (816) 531-2372 (facsimile)
        jpkieffer@wcllp.com

        *Attorneys for Defendants*
        *AXIOM PROPERTY MANAGEMENT, LLC,*
        *AXIOM PROPERTY MANAGEMENT II, LLC,*
        *AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,*
        *AXIOM EQUITIES INVESTMENTS, LLC AND*
        *AXIOM FAMILY OF COMPANIES, LLC*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 12th day of June 2025, to all counsel of record,

                                                */s/ Jonathan P. Kieffer*
                                                ***Attorney for Defendants***
                                                ***AXIOM PROPERTY MANAGEMENT, LLC,***
                                                ***AXIOM PROPERTY MANAGEMENT II, LLC,***
                                                ***AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,***
                                                ***AXIOM EQUITIES INVESTMENTS, LLC AND***
                                                ***AXIOM FAMILY OF COMPANIES, LLC***