## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | | |
|---|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FELLOWS,** on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **Case No. 2:25-CV-2267** |
| | ) | |
| **KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC;** and **AXIOM FAMILY OF  COMPANIES, LLC,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants,** | ) | |

### CLERK'S EXTENSION OF TIME

Pursuant to D. Kan. Rule 77.2(a)(2), and without waiving any affirmative or other defenses, Defendants AXIOM Property Management LLC, AXIOM Property Management II, LLC, AXIOM Equities, LLC, AXIOM-ASPEN, LLC, AXIOM Equities Investments, LLC, and AXIOM Family of Companies, LLC, (collectively "AXIOM Defendants") respectfully request an extension of fourteen days to answer, object, or otherwise respond to Plaintiffs' Complaint (Doc. 1).

AXIOM Defendants were served on May 22, 2025, and thus, their responses are currently due on June 12, 2025. Therefore, the original time to respond has not yet expired.

IT IS THEREFORE ORDERED that AXIOM Defendants are granted an additional fourteen days to answer, object or otherwise respond to Plaintiffs' Complaint. AXIOM Defendants' response deadlines are extended until June 26, 2025.

s/ J. Lolley - Deputy Clerk
**CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

**SUBMITTED BY:**

**WAGSTAFF & CARTMELL LLP**

*/s/ Jonathan P. Kieffer*
Jonathan P. Kieffer,        KS # 18707
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
(816) 531-2372 (facsimile)
jpkieffer@wcllp.com

*Attorneys for Defendants*
*AXIOM PROPERTY MANAGEMENT, LLC,*
*AXIOM PROPERTY MANAGEMENT II, LLC,*
*AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,*
*AXIOM EQUITIES INVESTMENTS, LLC AND*
*AXIOM FAMILY OF COMPANIES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of June 2025, a copy of the foregoing was emailed to the Clerk's Office, with a copy emailed to Plaintiffs' Counsel Bryce B. Bell and Jenilee V. Zentrick, with Bell Law, LLC at the e-mail addresses below:

Bryce@BellLawKC.com, and
JZ@BellLawKC.com

*/s/ Jonathan P. Kieffer*
*Attorney for Defendants*
*AXIOM PROPERTY MANAGEMENT, LLC,*
*AXIOM PROPERTY MANAGEMENT II, LLC,*
*AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,*
*AXIOM EQUITIES INVESTMENTS, LLC AND*
*AXIOM FAMILY OF COMPANIES, LLC*