**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

ARIC COOPERWOOD, et al.,

    Plaintiffs,

v.

KDR AP, LLC, et al.,

    Defendants.

Case No. 2:25-CV-2267-EFM-GEB

---

**DEFENDANTS KDR AP, LLC AND KDR REALTY, LLC'S MOTION FOR EXTENSION**

Defendants KDR AP, LLC and KDR Realty, LLC (the "KDR Defendants") seek an extension of time to answer or otherwise file a responsive pleading to Plaintiffs' Complaint, and state as follows:

1.    The KDR Defendants were served with the Complaint on May 21, 2025, making their original answer date June 11, 2025 (Doc. 5).

2.    The KDR Defendants obtained a clerk's extension to answer or plead, extending their time to do so until June 25, 2025.

3.    As of the date of this filing, the KDR Defendants' time to file an answer or otherwise respond has not expired, and this filing is made more than three days before the current deadline.

4.    The Magistrate Judge has issued two Show Cause Orders to Plaintiffs to show cause as to whether this Court has jurisdiction over the claims asserted (Docs. 3 and 13).

5.    Plaintiffs have until July 21, 2025 to "show cause in writing to the United States Magistrate Judge . . . why she should not recommend to the District Judge this case be dismissed for lack of subject matter jurisdiction" (Doc. 13).

WA 7540077.1

6.      To conserve the resources of the Court and the parties, the KDR Defendants seek

an extension to answer or file a responsive pleading until 21 days after the Court retains jurisdiction

or Plaintiffs file an amended complaint (if the Court does not retain jurisdiction, then the KDR

Defendants need not answer or otherwise respond at all).

7.      Plaintiffs' counsel was consulted before Defendants filed this motion. Plaintiffs are

still considering whether they will oppose or not oppose the relief requested, and the parties will

provide notice to the Court once such decision is made.

8.      This extension is not sought for an improper purpose, hindrance, or delay.


Submitted by:

SPENCER FANE LLP

/s/ *Kersten L. Holzhueter*_____
Kersten L. Holzhueter          KS #24885
Peter L. Riggs               KS #23523
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100
(816) 474-3216 (facsimile)
kholzhueter@spencerfane.com
priggs@spencerfane.com
ATTORNEYS FOR KDR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that this document was filed with the Court's CM-ECF system on June 20, 2025,

generating notice and sending a link containing a copy of the same to all counsel of record.


/s/ *Kersten L. Holzhueter*

2