**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FELLOWS,** on behalf of themselves and all others similarly situated, <br><br> **Plaintiffs,** <br> **v.** <br><br> **KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC;** and **AXIOM FAMILY OF  COMPANIES, LLC,** <br><br> **Defendants,** | **Case No. 2:25-CV-02267-EFM-GEB** |

## AXIOM DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants AXIOM Property Management LLC, AXIOM Property Management II, LLC, AXIOM Equities, LLC, AXIOM-ASPEN, LLC, AXIOM Equities Investments, LLC, and AXIOM Family of Companies, LLC, (collectively "AXIOM Defendants") respectfully seek an extension of time to answer or otherwise file a responsive pleading to Plaintiffs' Complaint and state as follows:

1.    The AXIOM Defendants were served with the Complaint on May 22, 2025, making their original answer date June 12, 2025 (Doc. 4).

2.    The AXIOM Defendants obtained a clerk's extension to answer or plead, extending their time to do so until June 26, 2025 (Doc. 17).

3.    As of the date of this filing, the AXIOM Defendants' time to file an answer or otherwise respond has not expired, and this filing is made more than three days before the current

deadline.

4.      The Magistrate Judge has issued two Show Cause Orders to Plaintiffs to show cause as to whether this Court has Jurisdiction over the claims asserted (Docs. 3 and 12).

5.      Plaintiffs have until July 21, 2025 to "show cause in writing to the United States Magistrate Judge…why she should not recommend to the District Judge this case be dismissed for lack of subject matter jurisdiction" (Doc. 12).

6.      To conserve the resources of the Court and the parties, the AXIOM Defendants seek an extension to answer or file a responsive pleading until 21 days after the Court retains jurisdiction or Plaintiffs file an amended complaint (if the Court does not retain jurisdiction, then the AXIOM Defendants need not answer or otherwise respond at all).

7.      Plaintiffs' counsel was consulted before the Axiom Defendants filed this motion but has not yet advised whether or not Plaintiffs oppose this motion.

8.      This extension is not sought for an improper purpose, hindrance, or delay.

Submitted by:
**WAGSTAFF & CARTMELL LLP**


/s/ Jonathan P. Kieffer
Jonathan P. Kieffer,    KS # 18707
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
(816) 531-2372 (facsimile)
jpkieffer@wcllp.com

**Attorney for AXIOM Defendants**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 23d day of June 2025, this document was filed with the Court's CM-ECF system generating notice and sending a link containing a copy of the same to all counsel of record.

*/s/ Jonathan P. Kieffer*
***Attorney for Defendants***
***AXIOM PROPERTY MANAGEMENT, LLC,***
***AXIOM PROPERTY MANAGEMENT II, LLC,***
***AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,***
***AXIOM EQUITIES INVESTMENTS, LLC AND***
***AXIOM FAMILY OF COMPANIES, LLC***