IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| ARIC COOPERWOOD, ANTHONY FELLOWS, and RACHEL FELLOWS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; and AXIOM FAMILY OF COMPANIES, LLC,<br><br>  Defendants, | Case No. 2:25-CV-2267-EFM-GEB |

## ENTRY OF APPEARANCE

Blake Smith of the law firm of Spencer Fane LLP, hereby enter his appearance as counsel for Defendants KDR AP, LLC, and KDR Realty, LLC, in the above-captioned case.

**SPENCER FANE LLP**

*/s/ Blake Smith*
Kersten L. Holzhueter    KS #24885
Peter L. Riggs,          KS #23523
Blake Smith              KS #78813
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)
kholzhueter@spencerfane.com
priggs@spencerfane.com
bsmith@spencerfane.com

*Attorneys for Defendants*
*KDR AP, LLC and KDR Realty, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 24th day of June 2025, to all counsel of record,

                                    */s/ Blake Smith*
                                    ***Attorney for Defendants***
                                    ***KDR AP, LLC and KDR Realty, LLC***