IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FELLOWS,** on behalf of themselves and all others similarly situated,<br><br>      **Plaintiffs,**<br><br>v.<br><br>**KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC;** and **AXIOM FAMILY OF COMPANIES, LLC,**<br><br>      **Defendants,** | Case No. 2:25-CV-02267-EFM-GEB |

## ENTRY OF APPEARANCE

Melody Dickson of the law firm of Wagstaff & Cartmell LLP, hereby enters her appearance as counsel for Defendants Axiom Property Management, LLC, Axiom Property Management II, LLC, Axiom Equities, LLC, Axiom-Aspen, LLC, Axiom Equities Investments, LLC, and Axiom Family of Companies, LLC, in the above captioned case.

**WAGSTAFF & CARTMELL LLP**

*/s/ Melody Dickson*
Jonathan P. Kieffer     KS #18707
Melody Dickson     KS #24494
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
(816) 701-1100
(816) 531-2372 (facsimile)
jpkieffer@wcllp.com
mdickson@wcllp.com

*Attorneys for Defendants*
***AXIOM PROPERTY MANAGEMENT, LLC, AXIOM PROPERTY MANAGEMENT II, LLC, AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC, AXIOM EQUITIES INVESTMENTS, LLC AND AXIOM FAMILY OF COMPANIES, LLC***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the United States District Court for the District of Kansas via the CM/ECF system, with notice of case activity generated and sent electronically on this 24th day of June 2025, to all counsel of record,

                                                */s/ Melody Dickson*
                                                **Attorneys for Defendants**
                                                ***AXIOM PROPERTY MANAGEMENT, LLC,***
                                                ***AXIOM PROPERTY MANAGEMENT II, LLC,***
                                                ***AXIOM EQUITIES, LLC, AXIOM-ASPEN, LLC,***
                                                ***AXIOM EQUITIES INVESTMENTS, LLC AND***
                                                ***AXIOM FAMILY OF COMPANIES, LLC***