IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| ARIC COOPERWOOD, ANTHONY FELLOWS, AND RACHEL FELLOWS, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC; AND AXIOM FAMILY OF COMPANIES, LLC,<br><br>           Defendants. | Case No. 2:25-CV-02267-EFM-GEB |

**ENTRY OF APPEARANCE**

COMES NOW Bradley S. Russell and Jenifer W. Svancara of Sanders Warren & Russell LLP and hereby enters their appearance as counsel of record on behalf of Defendants Axiom Property Management, LLC, Axiom Equities, LLC, and Axiom-Aspen, LLC, in the above-referenced matter.

Respectfully Submitted,

*/s/ Jenifer W. Svancara*
Bradley S. Russell,     MO# 39392
Jenifer W. Svancara,   MO# 51842
Sanders Warren & Russell LLP
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
b.russell@swrllp.com
j.svancara@swrllp.com
**ATTORNEYS FOR DEFENDANTS AXIOM PROPERTY MANAGEMENT, LLC; AXIOM EQUITIES, LLC AND AXIOM-ASPEN, LLC.**

1

## CERTIFICATE OF MAILING

I hereby certify that on the 14th day of July, 2025, the foregoing was filed with the Clerk of the Court using the Kansas CM/ECF eFiling system, which will send notice of electronic filing to all counsel of record:

Bryce B. Bell, KS #20866
Jenilee V. Zentrich, KS #29098
Bell Law, LLC
2600 Grand Boulevard, Suite 580
Kansas City, MO 64108
(816) 886-8206
(816) 817-8500
Bryce@BellLawKC.com
JZ@BellLawKC.com
*Attorney for Plaintiff*

Kersten L. Holzhueter
Peter L. Riggs
Blake Smith
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
kholzhueter@spencerfane.com
priggs@spencerfane.com
bsmith@spencerfane.com
*Attorneys for Defendants*
*KDR AP, LLC and KDR Realty, LLC*

Jonathan P. Kieffer
Melody Dickson
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
jpkieffer@wcllp.com
mdickson@wcllp.com
*Attorneys for Defendants*
*Axiom Property Management II, LLC*
*Axiom Family of Companies, LLC*
*Axiom Equities Investments, LLC*

/s/ *Jenifer W. Svancara*
***Attorney for Defendants***

2