# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| **ARIC COOPERWOOD, ANTHONY FELLOWS**, and **RACHEL FELLOWS**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**KDR AP, LLC**; **KDR REALTY, LLC**; **AXIOM PROPERTY MANAGEMENT, LLC**; **AXIOM PROPERTY MANAGEMENT II, LLC**; **AXIOM EQUITIES, LLC**; **AXIOM-ASPEN, LLC**; **AXIOM EQUITIES INVESTMENTS, LLC**; and **AXIOM FAMILY OF COMPANIES, LLC**,<br><br>Defendants. | **Case No.: 2:25-CV-2267-EFM-GEB** |

## PLAINTIFFS' RESPONSE TO SECOND NOTICE AND ORDER TO SHOW CAUSE

COMES NOW, Plaintiffs, by and through their counsel of record, and in response to this Court's June 6, 2025 Second Notice and Order to Show Cause ("Notice"), states as follows:

### I.    Legal Standard

Under the Class Action Fairness Act ("CAFA"), "a federal district court has subject matter jurisdiction over class actions involving at least 100 members and over $5 million in controversy when minimal diversity is met (between at least one defendant and one plaintiff-class member)."[1] As the Court notes in its Notice, Plaintiffs have alleged there are over 100 putative class members and the amount in controversy exceeds $5,000,000.00.[2] Minimal diversity is met when "any

---

[1] *Macias v. BNSF Railway Company*, No. 19-2305-JWL, 2020 WL 3469680, at *3 (D. Kan. R. June 5, 2020) (citing 28 U.S.C. § 1332(d); *Dutcher v. Matheson*, 840 F.3d 1183, 1190 (10th Cir. 2016)).
[2] Notice at 2.

member of a class of plaintiffs is a citizen of a State different from any defendant."[3] An individual "is a citizen of a state if the person is domiciled in that state."[4] Domicile is established by "physical presence in a place with a certain state of mind concerning one's intent to remain there."[5] Under CAFA, an unincorporated association "shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized."[6]

## II.    Minimal Diversity Exists between Plaintiffs and Defendants.

Named Plaintiffs are each a natural person, consumer, and a citizen of Kansas.[7] However, there is at least one putative class member who is a citizen of Missouri—the undersigned counsel also represents this individual. Brandon Elliot is a putative class member who is a citizen of Missouri.[8] Defendant KDR AP, LLC is a citizen of Kansas.[9]

Therefore, minimal diversity exists between Plaintiffs and Defendants because there is at least one putative class member who is a citizen of Missouri, which is diverse from, at least, Defendant KDR AP, LLC, who is a citizen of Kansas.

## III.    Conclusion

Based on the foregoing, Plaintiffs have met their burden to establish minimal diversity exists. WHEREFORE, Plaintiffs respectfully request this Court retain jurisdiction over this action finding that subject matter jurisdiction exists.[10]

---

[3] 28 U.S.C. 1332(d)(2)(A).
[4] *Middleton v. Stephenson*, 749 F.3d 1197, 1200 (10th Cir. 2014) (citing *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983)).
[5] *Mississippi Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989).
[6] 28 U.S.C. 1332(d)(10); *see also Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1237, n. 1 (10th Cir. 2015).
[7] ECF No. 1 at ¶ 7.
[8] **Exhibit A** (Decl. of Brandon Elliot).
[9] ECF No. 12 at 3-4 ("Thus, based upon the information currently available, Defendants KDR AP, LLC; KDR Realty, LLC; and Axiom-Aspen, LLC are citizens of Kansas").
[10] To the extent this Court deems an amendment to Plaintiff's Complaint is necessary to include this information, Plaintiff would request that the Court grant leave for Plaintiff to file a First Amended Complaint including allegations regarding the citizenship of Defendants.

3

Respectfully submitted,

*/s/ Jenilee V. Zentrich*
Bryce B. Bell              KS#20866
Jenilee V. Zentrich      KS#29098
Bell Law, LLC
2600 Grand Blvd., Suite 580
Kansas City, Missouri 64108
T: 816-886-8206
F: 816-817-8500
Bryce@BellLawKC.com
JZ@BellLawKC.com

***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2025, the above was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jenilee V. Zentrich*