# EXHIBIT A

1

Vinesign Document ID: B7DAC44A-F876-4A41-836B-65DD3E0CE986

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

**ARIC COOPERWOOD, ANTHONY FELLOWS,** and **RACHEL FELLOWS,** on behalf of themselves and all others similarly situated,

           Plaintiffs,

v.

**KDR AP, LLC; KDR REALTY, LLC; AXIOM PROPERTY MANAGEMENT, LLC; AXIOM PROPERTY MANAGEMENT II, LLC; AXIOM EQUITIES, LLC; AXIOM-ASPEN, LLC; AXIOM EQUITIES INVESTMENTS, LLC;** and **AXIOM FAMILY OF COMPANIES, LLC,**

           Defendants.

Case No.: 2:25-CV-2267-EFM-GEB

### <u>DECLARATION OF BRANDON ELLIOTT</u>

1.    My name is Brandon Elliott. I am over the age of eighteen (18) and have personal knowledge of the following facts. If called as a witness, I can and will competently testify to the following facts.

2.    I am submitting this Declaration in support of Plaintiff's Response to Second Notice and Order to Show Cause.

3.    I was a resident of Aspen Place Apartments in Gardner, Kansas from 2019 to August of 2024. My lease ended in September of 2024, but I moved out before it ended.

4.    On August 2nd, 2024, I moved to Kansas City, Missouri with the intent to remain in Missouri indefinitely.

1

5.    On May 16, 2025, I was a Missouri resident, and I still live there today in a home in Kansas City, Missouri. I am renting the home through September 2025, after which I plan on moving to Independence, Missouri.

6.    I moved to Missouri for more opportunities in my personal and professional life, including affordable housing for my family.

7.    I moved all my personal effects with me to Kansas City, Missouri.

8.    I have no affiliations with any professional, religious, or fraternal organization in my former community.

9.    My only remaining tie to my former community is that some of my family and my extended family lives there.

**FURTHER DECLARANT SAYETH NAUGHT.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
07/18/2025
Date

_____
Brandon Elliott

2